[No. 5833-1.   Division One.   October 2, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM L. CONNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80936, David C. Hunter, J., entered July 11, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Ringold, JJ.

[No. 5891-1.   Division One.   October 2, 1978.]

BOB FISHER, *Respondent*, v. GARRETT BALDWIN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 783278, Stanley C. Soderland, J., entered July 26, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Dore and Ringold, JJ.

[No. 2852-2.   Division Two.   October 4, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO VICTORINO LOPEZ, *Appellant*.

Appeal from judgments of the Superior Court for Pacific County, Nos. C-1925, J-513, Herbert E. Wieland, J., entered March 18, 1978. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Dore, J.